UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS LEE and SARA LEE, individually, and on behalf of R.L. and T.L, their minor children,<br><br>  Plaintiffs,<br><br>v.<br><br>NORTHWEST FIBER, LLC, d/b/a ZIPLY FIBER; ZIPLY FIBER OF IDAHO, LLC; ZIPLY FIBER NORTHWEST, LLC; HHS CONSTRUCTION, LLC; PG ENGINEERING MANAGEMENT CORP, d/b/a PG CONTRACTORS, LLC, a/k/a PG CONTRACTORS ENGINEERING MANAGEMENT CORP; MASTOD'S CONSULTING SERVICES, INC.; AVISTA CORPORATION d/b/a AVISTA UTILITIES; DOES 1-10; and DOE ENTITIES 1-10,<br><br>  Defendants. | Case No. 2:23-cv-00075-AKB (lead)<br><br>**MEMORANDUM DECISION AND ORDER GRANTING LEAVE TO FILE AN OVERLENGTH BRIEF** |

| | |
|---|---|
| BENJAMIN TULLIS and MELISSA TULLIS, husband and wife, individually, and on behalf of E.T. and S.T., their minor children, and Levi Tullis and Rachel Tullis, adult male and female children of Benjamin and Melissa Tullis,<br><br>  Plaintiffs,<br><br>  v.<br><br>NORTHWEST FIBER, LLC, d/b/a ZIPLY FIBER; ZIPLY FIBER OF IDAHO, LLC; ZIPLY FIBER NORTHWEST, LLC; HHS CONSTRUCTION, LLC; PG ENGINEERING MANAGEMENT CORP d/b/a PG CONTRACTORS, LLC a/k/a PG CONTRACTORS ENGINEERING MANAGEMENT CORP; MASTOD'S CONSULTING SERVICES, INC.; AVISTA CORPORATION d/b/a AVISTA UTILITIES; DOES 1-10; and DOE ENTITIES 1-10,<br><br>  Defendants. | Case No. 2:23-cv-00579-AKB (consolidated) |

  This matter having come before the Court on Defendant Avista Corporation d/b/a Avista Utilities' (Avista) Motion to Exceed Page Limit for Reply in Support of its Motion for Summary Judgment (Dkt. 115), and good cause appearing therefore.

  **IT IS HEREBY ORDERED** that Avista be allowed to file their Reply in Support of their Motion for Summary Judgment consisting of no more than eight (8) excess pages.

**IT IS ORDERED that:**

1. Motion to Exceed Page Limit for Reply in Support of its Motion for Summary Judgment (Dkt. 115) is **GRANTED**.

DATED: September 22, 2025

_Amanda K. Brailsford_
**Amanda K. Brailsford**
U.S. District Court Judge